# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00020-CV

**Mark Malone M.D., PA d/b/a Advanced Pain Care, Appellant**

**v.**

**Asim Aijaz, M.D., Appellee**

---

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-23-005275, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

The parties to this appeal have filed a Joint Motion to Dismiss Appeal in which they represent that they have reached an agreement on the issues that are the subject of this interlocutory appeal of a temporary injunction. We grant the motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed on Joint Motion

Filed: May 14, 2024